OPINION — AG — MEMBERS OF THE BOARD OF CONTROL OF COUNTY HOSPITALS, APPOINTED TO SAID POSITIONS PRIOR TO THE EFFECTIVE DATE OF SENATE BILL NO. 57, MAY CONTINUE TO PERFORM THEIR DUTIES UNTIL THEIR TERMS EXPIRES AND IT IS NOT NECESSARY FOR THE COUNTY COMMISSIONERS TO APPOINT NEW BOARD MEMBERS, OR REAPPOINT ALL BOARD MEMBERS FOR NEW TERMS. CITE: 19 O.S. 1961 789 [19-789] (LEE COOK)